**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO L. BROOKS,<br><br>        Petitioner,<br><br>    v.<br><br>MCCF GOLDEN STATE McFARLAND,<br><br>        Respondent. | NO. ED CV 15-1240-E<br><br><br><br>JUDGMENT |

    Pursuant to the "Order Denying Petition for Writ of Habeas Corpus,"

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: August 20, 2015.

                                              /S/
                                    CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE